# Order

**Michigan Supreme Court**
**Lansing, Michigan**

December 10, 2014

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Stephen J. Markman
Mary Beth Kelly
Brian K. Zahra
Bridget M. McCormack
David F. Viviano,
Justices

150348(123)

BP1, LLC,

      Plaintiff-Appellant,

v

          SC: 150348
          COA: 312579
          Oakland CC: 2009-099741-CZ

COVENTRY REAL ESTATE FUND II, LLC,
DDR CORPORATION, a/k/a DEVELOPERS
DIVERSIFIED REALTY CORPORATION,
COVENTRY II DDR BLOOMFIELD, LLC,
and COVENTRY II DDR HARBOR
BLOOMFIELD PHASE 1, LLC

      Defendants-Appellees.
_____/

      On order of the Chief Justice, the motion for temporary admission under MCR 8.126(A) is GRANTED and the following out-of-state attorneys are admitted for the purpose of appearing on behalf of defendant-appellee DDR Corporation: James A. White and Brian J. Murray.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

    December 10, 2014         

                         Clerk